UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEM,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT BURTON, et al.,<br><br>    Defendants. | No. 2: 21-cv-00751-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) On September 21, 2021, the findings and recommendations were re-served on Plaintiff at his last known address. Fourteen day passed from September 21, 2021, and Plaintiff did not file objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2021 (ECF No. 9) are adopted in full; and

2. This action is dismissed without prejudice.

Date: October 19, 2021

Troy L. Nunley
United States District Judge